# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

           Plaintiff,

v.                 Case No.: 1:11−cr−00887
                 Honorable Ronald A. Guzman

Andre Garcia Jr., et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2014:

    MINUTE entry before the Honorable Ronald A. Guzman as to Dimitris Terry: Order entry dated 7/8/2014 [133] is stricken and the following order is entered: Status hearing stricken. Hearing regarding stipulation and waiver of trial by jury held. Defendant informed of rights. Defendant enters plea of NOT guilty to count 1s. Agreed stipulation of facts admitted in evidence. Government rests. Defendant presents no evidence and rests. Judgment of guilty entered on the evidence. Cause referred to the Probation Office for a presentence investigation. Sentencing set for October 10,2014 at 10:30 a.m. Trial set for 7/14/2014 is stricken. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.